UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID WEST | CIVIL ACTION |
| VERSUS | NO: 14-1867 |
| STATE OF LOUISIANA | SECTION: "N" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by plaintiff on August 5, 2015 (Rec. Doc. No. 9), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that David West's claims pursuant to 42 U.S.C. § 1983 against the defendants, the State of Louisiana, the Orleans Parish District Attorney's Office, and the City of New Orleans are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted in accordance with 28 U.S.C. § 1915(e) and § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 10th day of August, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE